UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No. 1:95-cr-0007-TWP-TAB-02 |
| TERRANCE LAMONT PAYNE, | ) ) ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On January 10, 2017, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on November 2, 2016. Defendant Payne appeared in person with his appointed counsel Mark Inman. The government appeared by Winfield Ong, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Jason Nutter.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Payne of his rights and provided him with a copy of the petition. Defendant Payne waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Payne admitted violation 1. [Docket No. 8.]

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|

1      **"The defendant shall refrain from any unlawful use of a controlled substance."**

        On October 7, 2016, Terrance Payne tested positive for cocaine, which was confirmed by Alere Laboratories. He denies using cocaine.

        As previously reported to the Court, Mr. Payne tested positive for marijuana on February 1, 2016, August 4, 24, and 31, 2016. He also submitted a diluted urine sample on August 15, 2016, and failed to appear for a random urinalysis on August 29, 2016. Mr. Payne admitted marijuana use in January and July 2016, but never admitted use that would have caused his positive marijuana test on August 31, 2016.

4. The parties stipulated that:

    (a) The highest grade of violation is a Grade B violation.

    (b) Defendant's criminal history category is VI.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 18 to 24 months' imprisonment.

5. The parties jointly recommended the defendant be placed back on his current conditions of supervised release.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the condition in the petition, that his supervised release should continue as follows:

1. You shall report to the probation office in the district to which you are released within 72 hours of release from the custody of the Bureau of Prisons. **Justification:** *This condition is an administrative requirement of supervision.*

2. You shall report to the probation officer in a manner and frequency directed by the court or probation officer. **Justification:** *This condition is an administrative requirement of supervision.*

3. You shall permit a probation officer to visit you at a reasonable time at home, or another place where the officer may legitimately enter by right or consent, and shall permit

confiscation of any contraband observed in plain view of the probation officer. **Justification:** *This condition will assist the probation officer in monitoring the defendant for protection of the community.*

4. You shall not knowingly leave the judicial district without the permission of the court or probation officer. **Justification:** *This condition is an administrative requirement of supervision.*

5. You shall answer truthfully the inquiries by the probation officer, subject to your 5th Amendment privilege. **Justification:** *This condition is an administrative requirement of supervision.*

6. You shall not meet, communicate, or otherwise interact with a person you know to be engaged, or planning to be engaged, in criminal activity. You shall report any contact with persons you know to be convicted felons to your probation officer within 72 hours of the contact. **Justification:** *This condition is aimed at reducing the risk of recidivism and providing for public safety.*

7. You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment (including, but not limited to, changes in residence occupants, job positions, job responsibilities). When prior notification is not possible, you shall notify the probation officer within 72 hours of the change. **Justification:** *This condition will assist the probation officer in monitoring the defendant for protection of the community.*

8. You shall not own, possess, or have access to a firearm, ammunition, destructive device or dangerous weapon. **Justification:** *This condition will assist the probation officer in monitoring the defendant for protection of the community.*

9. You shall notify the probation officer within 72 hours of being arrested, charged, or questioned by a law enforcement officer. **Justification:** *This condition is an administrative requirement of supervision.*

10. You shall maintain lawful full time employment, unless excused by the probation officer for schooling, vocational training, or other reasons that prevent lawful employment. **Justification:** *This condition will ensure the defendant maintains gainful employment and reduce the risk of recidivism.*

11. You shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court. **Justification:** *This condition will assist the probation officer in monitoring the defendant for protection of the community.*

12. You shall make a good faith effort to follow instructions of the probation officer necessary to ensure compliance with the conditions of supervision. **Justification:** *This condition is aimed at reducing the risk of recidivism and providing for public safety.*

13. You shall submit to substance abuse testing to determine if you have used a prohibited substance or to determine compliance with substance abuse treatment. Testing may include no more than 8 drug tests per month. You shall not attempt to obstruct or tamper with the testing methods. **Justification:** *This condition will help ensure compliance with a drug-free lifestyle.*

14. You shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.). **Justification:** *The offender recently tested positive for marijuana and cocaine. This condition would allow for a substance abuse evaluation to determine if further treatment is necessary.*

15. You shall pay the costs associated with the following imposed conditions of supervised release/probation, to the extent you are financially able to pay: substance abuse treatment, substance abuse testing, and mental health. The probation officer shall determine your ability to pay and any schedule of payment. **Justification:** *This condition will require the defendant to invest in his own rehabilitation and allow the probation officer to determine his ability to pay.*

16. You shall submit to the search by the probation officer of your person, vehicle, office/business, residence, and property, including any computer systems and hardware or software systems, electronic devices, telephones, and Internet-enabled devices, including the data contained in any such items, whenever the probation officer has a reasonable suspicion that a violation of a condition of supervision or other unlawful conduct may have occurred or be underway involving you and that the area(s) to be searched may contain evidence of such violation or conduct. Other law enforcement may assist as necessary. You shall submit to the seizure of contraband found by the probation officer. You shall warn other occupants these locations may be subject to searches. **Justification:** *This condition will assist the probation officer in monitoring the defendant and ensuring protection of the community. It will also aid in officer safety.*

17. You shall reside in a residential reentry center for a term of 120 days. You shall abide by the rules and regulations of the facility. **Justification:** *This condition will assist in the offender's reintegration back into the community and provide time to establish stable employment and housing.*

Defendant reviewed the foregoing conditions and they were reviewed by defendant with his attorney. Defendant, on the record, waived reading of the above-noted conditions of supervised release.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation.

Dated: 01/13/2017

*Denise K. LaRue*
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal